ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NO. _____

DANIEL GREEN,                                                                                    *Plaintiff*

vs.                                      **VERIFIED COMPLAINT**

ALLIED INTERSTATE, INC.,                                                          *Defendant*

\* \* \* \* \* \* \*

NOW COMES Plaintiff, DANIEL GREEN, by and through his attorneys, KROHN & MOSS, LTD., and for his Complaint against Defendant, ALLIED INTERSTATE, INC., alleges and affirmatively states as follows:

**PRELIMINARY STATEMENT**

1. The United States Congress has found abundant evidence of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors, and has determined that abusive debt collection practices contribute to the number of personal bankruptcies, to marital instability, to the loss of jobs, and to invasions of individual privacy. Congress wrote the Fair Debt Collection Practices Act, 15 U.S.C. 1692 *et seq.* (hereinafter "FDCPA"), to eliminate abusive debt collection practices by debt collectors, to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged, and to promote consistent State action to protect consumers against debt collection abuses. (15 U.S.C. 1692(a) – (e)).

2. Plaintiff, DANIEL GREEN (hereinafter "Plaintiff"), through Plaintiff attorneys, bring this action to challenge the actions of ALLIED INTERSTATE, INC. (hereinafter "Defendant") with regard to attempts by Defendant, a debt collector, to unlawfully and abusively collect a debt allegedly owed by Plaintiff, and this conduct caused Plaintiff damages.

3. For the purposes of this Petition, unless otherwise indicated, "Defendant" includes all agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives and insurers of Defendant named in this caption.

## THE PARTIES

4. Plaintiff is a natural person residing in Louisville, Kentucky, and is obligated or allegedly obligated to pay a debt and is a "consumer" as that term is defined by 15 U.S.C. 1692a(3).

5. Plaintiff is informed and believes, and thereon allege, that Defendant is a national corporation headquartered in Minneapolis, Minnesota and conducting business in the state of Kentucky.

6. Plaintiff are informed and believe, and thereon allege, that Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

## JURISDICTION AND VENUE

7. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

8. Venue is proper in the Western District of Kentucky under 28 U.S.C. 1391(b)(2) because a substantial portion of the conduct giving rise to Plaintiff's claim occurred in this venue.

9. Declaratory relief is available pursuant to 28 U.S.C. 2201 and 2202.

## FACTUAL ALLEGATIONS

10. Defendant constantly and continuously places collection calls to Plaintiff seeking and demanding payment for an alleged consumer debt.

11. Defendant places multiple calls per day to Plaintiff.

12. Defendant seeks payment for a debt Plaintiff does not owe, but, upon information and belief, another "D. Green" who is not associated with Plaintiff.

13. Plaintiff informed Defendant on numerous occasions that he is not the individual who allegedly owes the debt.

14. Despite the aforementioned, Defendant's calls continue.

## COUNT I
## VIOLATION OF THE FAIR DEBT COLLECTION
## PRACTICES ACT, (FDCPA), 15 U.S.C. § 1692 et seq.

15. Defendant violated the FDCPA. Defendant's violations include, but are not limited to the following:

   a. Defendant violated the FDCPA § 1692d when Defendant engaged in conduct the natural consequence of which was to harass, oppress, or abuse Plaintiff.

   b. Defendant violated the FDCPA § 1692d(5) when Defendant, through its agents, employees and legal counsel, caused Plaintiff's telephone to ring and /or engaged Plaintiff in conversation repeatedly and /or continuously with the intent to annoy, abuse and / or harass Plaintiff.

**WHEREFORE**, Plaintiff respectfully pray that judgment be entered against Defendant for the following:

- a. Declaratory judgment that Defendant's conduct violated the FDCPA.
- b. Actual damages.
- c. Statutory damages pursuant to the FDCPA 15 U.S.C. 1692k.
- d. Costs and reasonable attorney's fees pursuant to the FDCPA, 15 U.S.C. 1692k.
- e. Any other relief that this court deems to be just and proper.

Respectfully Submitted,

**KROHN & MOSS, LTD**
120 W. Madison Street, 10th Floor
Chicago, IL  60602
Telephone; (312) 578-9428
Facsimile: (866) 289-0898

BY:   /s/Lee Cassie Yates_____
Attorney for Plaintiff

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that, Plaintiff, DANIEL GREEN, hereby demand a trial by jury in this matter.

## **CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the foregoing has been electronically filed through the ECF system this 23rd day of Ocotober 2009, which will send a notice of electronic filing to all parties' counsel in the electronic filing system in this case

                                      /s/Lee Cassie Yates_____
                                      Attorney for Plaintiff

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF KENTUCKY)

Plaintiff, DANIEL GREEN, says as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, DANIEL GREEN, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: 10/23/9

DANIEL GREEN,
Plaintiff