## IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF KENTUCKY
### LOUISVILLE DIVISION
### CIVIL NO: 3:10-cv-00063-TBR

DANIEL GREEN, *Plaintiff*

vs.   **NOTICE OF SETTLEMENT**

ALLIED INTERSTATE, INC., *Defendant*

\* \* \* \* \* \* \*

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, DANIEL GREEN and Defendant, ALLIED INTERSTATE, INC., stipulate, and the Court hereby orders, as follows:

1. The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, DANIEL GREEN, against Defendant, ALLIED INTERSTATE, INC., in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

Dated: February 8, 2010

Respectfully Submitted,

**KROHN & MOSS, LTD**

BY:   /s/Lee Cassie Yates
120 W. Madison Street, 10th Floor
Chicago, IL  60602
Telephone; (312) 578-9428
Facsimile: (866) 289-0898

*Attorney for Plaintiff*